

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00687-CR

**IN RE** Josue Jacob **VILLAGRA DIAZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

DENIED

      Relator, Josue Jacob Villagra Diaz, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Villagra Diaz is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 36460, styled *The State of Texas v. Josue Jacob Villagra Diaz*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.